NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**UNITED ACCESS TECHNOLOGIES, LLC (FORMERLY INLINE CONNECTION CORPORATION, BROADBAND TECHNOLOGY INNOVATIONS, LLC, AND PIE SQUARED, LLC),**
*Plaintiff-Appellant,*

**v.**

**EARTHLINK, INC.,**
*Defendant-Cross Appellant.*

———————————

2010-1251, -1273

———————————

Appeal from the United States District Court for the District of Delaware in consolidated case nos. 02-CV-0272 and 02-CV-0477, Magistrate Judge Mary Patricia Thynge.

———————————

**JUDGMENT**

———————————

JEFFREY R. BRAGALONE, Shore Chan Bragalone DePumpo LLP, of Dallas, Texas, argued for plaintiff-appellant. On the brief were ALFONSO GARCIA CHAN and THERESA M. DAWSON and DANIEL F. OLEJKO.

MATTHEW C. GAUDET, Duane Morris, LLP, of Atlanta, Georgia, argued for defendant-cross appellant. With him on the brief were L. NORWOOD JAMESON and LEAH J. POYNTER.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (*Chief Judge* RADER, LINN, and DYK, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| October 12, 2011 | /s/ Jan Horbaly |
| Date | Jan Horbaly |
| | Clerk |